# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT *Chattanooga*

*EASTERN DIST. TENN.*

*Matthew E. Watson III* )
)  BY_____ DEPT. CLERK
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )  Case No. _*1:12 -Cv -71*_
)  (to be assigned by Clerk)
*Verizon Wireless* )
)  *Matthew/Lee*
_____ )
)
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_____

_____

_____

2. Plaintiff, _____ resides at

*1795 Southernwood Dr. Apt. B. Chattanooga*
street address               city

*Hamilton*, *TN*, *37421*, *(423)619-5738*
county      state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, _Verizon Wireless_ lives at, or its business is located at

_2000 Gunbarrel Road_ , _Chattanooga_ ,
street address                                                              city
_Hamilton_ , _TN_ , _37421_ .
county                                    state              zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

I'm filing my lawsuit claiming discrimination under Title VII And Americans with disabilities Act. I'm AN African American who was employed At Verizon Wireless As A Retail Sales Associate. I was terminated on Feb. 10, 2009 for failure to meet or exceed my monthly sales quota (stage 3). Initially, I was told by my store manager, Brad Pasey that I was on stage 4. At the time of my termination, there was a caucasian Sales Rep named Craig Smith who was also on stage 3. Craig Smith was not terminated and is still employed by verizon wireless. It was Always communicated by company management to me, that one couldn't be terminated for failure to meet quota unless they were on stage 4.

2

Cont.

I have a permanent parial disability to my lower left leg & foot which requires an accomodation of sitting as necessary during the work day. Verizon Wireless accomodated the above at first, but later revoked the accomodation upon management change. I was told by store management that I couldn't do the job with my Disability.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. *Back pay plus bonuses*

b. *Front pay*

c. *Name Removed from the Do not hire list.*

d. *Compensation for embarassment & mental Anguish.*

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __*March*__ day of __*05*__, 20 *12*.

_____

_____

_____

Signature of plaintiff (s)

3