UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| MATTHEW E. WATSON, III, | ) |
| *Plaintiff,* | ) ) ) |
| | ) Case No. 1:12-cv-71 |
| v. | ) |
| | ) Judge Mattice |
| VERIZON WIRELESS, | ) Magistrate Judge Lee |
| | ) |
| *Defendant.* | ) ) |

## ORDER

Before the Court is United States Magistrate Judge Susan K. Lee's Report and Recommendation ("R&R") (Doc. 5) concerning Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 1). Plaintiff has not timely objected to the Magistrate's R&R, despite being specifically advised that he had 14 days in which to do so. (Doc. 5 at 2 n.2); *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's well-reasoned Report and Recommendation (Doc. 5). Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 1) is **DENIED**. However, Plaintiff is **PERMITTED** to pay the civil filing fee in 10 monthly installments of $35.00 each. Plaintiff's Complaint shall be deemed filed upon receipt of the first such installment, and Plaintiff shall provide for service of the Complaint at his own expense.

**SO ORDERED** this 30th day of July, 2012.

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE