UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| MATTHEW E. WATSON, III, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:12-cv-71 |
| v. | ) | |
| | ) | Judge Mattice |
| VERIZON WIRELESS, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## JUDGMENT

The Honorable Harry S. Mattice, Jr., United States District Judge, having entered

an Order dismissing this action,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is,

**DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 20th day of May, 2013.

    __/s/ *Debra C. Poplin*_____
         Debra C. Poplin
         CLERK OF COURT